# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America for the use and benefit of TEK Industries, Inc., | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Smith-Root, Inc.; Developers Surety and Indemnity Company and Insco Insurance Services, Inc., | ) ) ) ) | Case No. 4:08-cv-037 |
| Defendants. | ) | |

On April 16 and 17, 2008, the parties files stipulations for an extension of time for Defendants to file answers to the Plaintiff's complaint. The court **ADOPTS** the parties' stipulations (Docket Nos. 5 and 6). Defendants shall have until April 28, 2008, to file answers or otherwise respond to the Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 18th day of April, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court