**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| United States of America for the Use and Benefit of TEK Industries, LLC, | ) )  )   **ORDER** |
| Plaintiff, | ) ) |
| vs. | ) )   Case No. 4:08-cv-037 |
| Smith-Root, Inc.; Developers Surety and Indemnity Company and Insco Insurance Inc.., | ) ) ) ) |
| Defendants. | ) |

Before the court are the Defendants' motions for attorneys Dean B. Thomson and Jesse R. Orman to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), Mr. Thomson and Mr. Orman have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fee to the office of the Clerk. Accordingly, the Defendants' motions (Docket Nos. 13 and 14) are **GRANTED**. Attorneys Dean B. Thomson and Jesse R. Orman are admitted to practice before this court in this matter on the Defendants' behalf.

**IT IS SO ORDERED.**

Dated this 9th day of May, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge