## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America for the use and benefit of TEK Industries, LLC | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| Smith-Root, Inc.; Developers Surety and Indemnity Company and Insco Insurance Services, Inc. | ) ) ) ) | |
| Defendants. | ) ) | Case No.  4:08-cv-037 |

Before the court is Defendant Smith-Root, Inc.'s Motion for attorney J. Curtis Edmondson to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Edmondson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, Defendant Smith-Root, Inc.'s motion (Docket No. 28) is **GRANTED**.  Attorney J. Curtis Edmondson is admitted to practice before this court in the above-entitled action on behalf of Defendant Smith-Root, Inc.

   **IT IS SO ORDERED.**

   Dated this 25th day of November, 2008.


                           */s/ Charles S. Miller, Jr.*
                           Charles S. Miller, Jr.
                           United States Magistrate Judge