# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America fo the use and benefit of TEK Industries, LLC, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Smith-Root, Inc.; Developers Surety and Indemnity Company and Insco Insurance Services, Inc., | ) ) ) ) | Case No. 4:08-cv-037 |
| Defendants. | ) ) | |

On March 24, 2009, the parties filed a Stipulation to Modify the Court's Scheduling/Discovery Plan. The court adopts the parties stipulation (Docket No. 35). The Scheduling/Discovery Plan shall be amended as follows:

12. Each side shall take no more discovery depositions. These depositions shall be completed by May 1, 2009.

**IT IS SO ORDERED.**

Dated this 7th day of April, 2009.

>   */s/ Charles S. Miller, Jr.*
>   Charles S. Miller, Jr.
>   United States Magistrate Judge