## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America for the use | ) | |
| and benefit of TEK Industries, LLC | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Smith-Root, Inc.; Developers Surety and | ) | |
| Indemnity Company and Insco Insurance | ) | Case No.  4:08-cv-037 |
| Services, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

On March 24, 2009, the parties filed a Stipulation to Join Ken Danks dba Tek Industries as a Cross Defendant.  The court **ADOPTS** the parties's stipulation (Docket No.  34).

**IT IS SO ORDERED.**

Dated this 16th day of April, 2009.

_/s/  Charles S.  Miller, Jr._
Charles S.  Miller, Jr.
United States Magistrate Judge