# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, for the use and benefit of TEK Industries, LLC, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Smith-Root, Inc.; Developers Surety and Indemnity Company and Insco Insurance Services, Inc., | ) ) ) ) | Case No. 4:08-cv-037 |
| Defendants. | ) | |

On May 5, 2009, the parties filed a Joint Stipulation to Modify the Court's Plan. The court **ADOPTS** the parties' stipulation (Docket No. 38) The Scheduling/Discover Plan shall be amended as follows:

12. Each side shall take discovery depositions to be completed by July 1, 2009.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge